1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant United States Attorneys
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone: (916) 554-2797



**FILED**
NOV 0 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR S 2:10-362 EJG |
|---|---|
| Plaintiff, | ) APPLICATION TO UNSEAL ARREST ) WARRANT, INDICTMENT, PETITION TO |
| v. | ) SEAL, ORDER AND SEALING ORDER; ) [PROPOSED] ORDER |
| SULAIMEN SAFI, and MICHELLE LYNNE STEPHENS, | ) ) ) |
| Defendants. | ) ) |

APPLICATION

On August 26, 2010, this Court issued an arrest warrant, petition to seal, order, and sealing order for the captioned matter, and sealed these documents as well as the indictment in this case. Since the defendants in a related case have now been arrested, and because Suliamen Safi is in protective custody in Vancouver, Canada, it is no longer necessary for the case to be sealed.

According to Canadian law enforcement, defendant Safi was the victim of a kidnaping in Vancouver, British Columbia, Canada, on or about October 20, 2011. He was rescued the following day

| | |
|---|---|
| 1 | by the Vancouver Police Department and has been in their |
| 2 | protective custody since.  The DEA in Sacramento was notified by |
| 3 | Canadian law enforcement of the recent events surrounding |
| 4 | defendant Safi.  During the discussions between Canadian and U.S. |
| 5 | law enforcement, Canadian law enforcement learned that Safi was |
| 6 | under indictment in the Eastern District of California.  It is my |
| 7 | understanding, that the existence of the indictment was made |
| 8 | known only to Canadian law enforcement. |
| 9 | The government respectfully makes two requests: (1) the |
| 10 | existing sealing order be modified to allow the government to |
| 11 | share the fact that an indictment exists for Sulaimen Safi and |
| 12 | Michelle Lynn Stephens with Canadian and U.S. law enforcement in |
| 13 | order to assist with the apprehension and extradition of both |
| 14 | defendants; and (2) the government requests that the arrest |
| 15 | warrant, indictment, petition to seal, order, sealing order, and |
| 16 | any other documents sealed pursuant to the Court's August 26, |
| 17 | 2010, order now be unsealed. |

DATED: November 4, 2011

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/
MICHAEL M. BECKWITH
Assistant U.S. Attorney

2

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that

(1) the existing sealing order be modified to allow the government to share the fact that an indictment exists for Sulaimen Safi and Michelle Lynn Stephens with Canadian and U.S. law enforcement in order to assist with the apprehension and extradition of both defendants; and

(2) the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's August 26, 2010, order in the above captioned matter now be UNSEALED.

Date: November 4, 2011

HONORABLE GARLAND E. BURRELL
United States District ~~Court~~ Judge