```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2797

 5

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    ) CR S 2:10-0362 EJG
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER
                                 ) RESETTING STATUS CONFERENCE,
13         v.                    ) AND EXCLUDING TIME UNDER THE
                                 ) SPEEDY TRIAL ACT
14  SULAIMEN SAFI,               )
                                 )
15                               )
                Defendant.       )
16  _____)

17

18       The United States of America, through its counsels of record,
    Benjamin B. Wagner, United States Attorney for the Eastern District
19
    of California, and Michael M. Beckwith, Assistant United States
20
    Attorney, and defendant Sulaimen Safi, through his counsel of
21
    record, Rank A. Rubino, hereby stipulate and agree that the status
22
    conference set for May 11, 2012, be continued to June 1, 2012, at
23
    10:00 a.m. and that the time beginning May 11, 2012, and extending
24
    through June 1, 2012, should be excluded from the calculation of
25
    time under the Speedy Trial Act.  The parties submit that the
26
    interests of justice in ordering this continuance outweigh the
27
    interest of the defendant and the public in a speedy trial pursuant
28
```

1

to 18 U.S.C. § 3161(h)(1)(D) and local code T4. This continuance will allow the government additional time to provide relevant discovery and give defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(a) and (b)(iv) and Local code T4.

IT IS SO STIPULATED.

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: May 10, 2012        By:   /s/Michael M. Beckwith
                                        MICHAEL M. BECKWITH
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

DATED: May 10, 2012        By:   /s/ Frank A. Rubino
                                        FRANK A. RUBINO
                                        Attorney for Defendant
                                        Sulaimen Safi

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above up to and including June 1, 2012.

**IT IS SO ORDERED.**

DATED: May 10, 2012

/s/ Edward J. Garcia
_____
EDWARD J. GARCIA
UNITED STATES DISTRICT COURT JUDGE