UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

UNITED STATES OF AMERICA,   CASE NO: 2:10CR00362-WBS

    Plaintiff,

-vs-

SULAIMAN SAFI,

    Defendant.
_____/

## ORDER FOR RETURN OF PASSPORT

**This matter** having come before the Court on Defendant's Motion for Return of Passport and the Government not opposing, it is

**Ordered and Adjudged** that the Clerk of the Court hereby return Sulaiman Safi's passport to the custody of Frank A. Rubino, Esquire. The Clerk is ordered to mail the passport to Frank A. Rubino, Esquire, 1001 Brickell Bay Drive, Suite 2206, Miami, Florida, 33131. Mr. Rubino is ordered to thereupon return the passport either to Mr. Safi or an authorized member of his family.

**Done and Ordered** in Open Court on the 11th day of February, 2013.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE