# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

UNITED STATES OF AMERICA,　　　　　CASE NO: 2:10CR00362 WBS

　　　Plaintiff,

-vs-　　　　　　　　　　　　　　　　**ORDER**

SULAIMAN SAFI,

　　　Defendant.
_____/

　　　THIS CAUSE having come upon a joint motion by Defendant Sulaiman Safi and the United States Government, it is hereby

　　　ORDERED AND ADJUDGED that docket number 43 along with its attachments are hereby placed under seal. The Clerk of the United States District Court is so ordered.

　　　DONE AND ORDERED this 22nd day of March, 2013.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE